IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR LG UX265 CELLULAR TELEPHONE, THE THREE SAMSUNG SCH-U365 CELLULAR TELEPHONES, THE LG LG-VN271PP CELLULAR TELEPHONE, THE MOTOROLA DROIDX CELLULAR TELEPHONE, THE BLACKBERRY 8530 CURVE, THE BLACKBERRY 9300 CURVE, THE IPHONE MD439LL VERSION 5.0.1., THE THREE SIM CARDS, THE TWO 4 GIGABYTES FLESHDRIVE THUMB/FLASH DRIVES, THE 2 GIGABYTE DURACELL THUMB/FLASH DRIVE, THE THREE SANDISK CRUZER SWITCH 4 GIGABYTE THUMB/FLASH DRIVES, AND THE 2 GIGABYTE DANE ELEC SD CARD CURRENTLY LOCATED AT THE DEA OMAHA DISTRICT OFFICE | 8:12MJ306<br><br>MOTION TO UNSEAL SEARCH WARRANT APPLICATION AND AFFIDAVIT |

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 23rd day of April, 2013.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

s/Thomas J. Kangior
THOMAS J. KANGIOR, #21496
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

## ORDER

**IT IS SO ORDERED**.

Dated this 23rd day of April, 2013.

              BY THE COURT:

               s/ Thomas D. Thalken
              United States Magistrate Judge